DISTRICT JUDGE TANA LIN
MAGISTRATE JUDGE THERESA L. FRICKE

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| SAY SULIN KEODARA,<br><br>        Plaintiff,<br><br>v.<br><br>JERI BOE and ROBERT HERZOG,<br><br>        Defendants. | NO. 3:21-CV-05129-TL-TLF<br><br>MOTION TO SEAL<br><br>**NOTE ON MOTION CALENDAR:**<br>March 4, 2022 |

    Defendants respectfully submit their Motion to Seal Exhibit 12 to the Declaration of Jeri Boe and Exhibit 1 to the Declaration of Conrad Artis. Dkt. 26 and 27.

### I.   MOTION

    On February 4, 2022, Defendants filed a Motion for Summary Judgment. Dkt. 25. Prior to filing, defense counsel consulted with the Department of Corrections (Department) as to whether any redactions were needed or if any documents should be filed under seal. Declaration of Sarah Brisbin in Support of Defendants' Motion to Seal (Brisbin Decl.) ¶ 3. At the time, the Department did not believe any redactions or sealing were necessary. *Id*.

    However, the Department has received credible information showing that Keodara is using the information in the Defendants' Motion for Summary Judgment, attached declarations, and exhibits, to conduct criminal activity, including causing harm to other incarcerated individuals. *Id*. ¶ 4. The Department is conducting an investigation and unable to provide more

MOTION TO SEAL
NO. 3:21-CV-05129-TL-TLF

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

information at this time. *Id*. ¶ 5. The Defendants now request that the Court seal Exhibit 12 to the Declaration of Jeri Boe and Exhibit 1 to the Declaration of Conrad Artis. Dkt. 26 and 27.

Fed. R. Civ. P. 5.2 allows the court to permit a party to file a document under seal. "Historically, courts have recognized a general right to inspect and copy public records and documents, including judicial records and [filings]." *Kamakana v. City & Cty. of Honolulu,* 447 F.3d 1172, 1178 (9th Cir. 2006) (internal quotation omitted). But the right of public access is not absolute. *Id.* For documents attached to dispositive motions, "[a] party seeking to seal [such documents] . . . bears the burden of overcoming [a strong presumption of public access] by . . . articulat[ing] compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure. . . ." *Kamakana,* 447 F.3d at 1178–79 (internal citations and quotations omitted).

Here, the Defendants are requesting the Court seal two exhibits only. The Department has credible information showing that Keodara has used the information contained within these exhibits to further his criminal activity, including attempts to injure other incarcerated individuals. These exhibits should be sealed to protect the safety of other incarcerated individuals, as well as the security of Clallam Bay Corrections Center. Keodara has had these documents for approximately two weeks, mitigating any prejudice.

Therefore, the Defendants request that the Court seal Exhibit 12 to the Declaration of Jeri Boe and Exhibit 1 to the Declaration of Conrad Artis. Dkt. 26 and 27.

RESPECTFULLY SUBMITTED this 17th day of February 2022.

ROBERT W. FERGUSON
Attorney General

*s/ Sarah Brisbin*
SARAH BRISBIN, WSBA #46540
Assistant Attorney General
Corrections Division
Sarah.Brisbin@atg.wa.gov

NO. 3:21-CV-05129-TL-TLF

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445