1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

SAY SULIN KEODARA,

12

Plaintiff(s),

v.

13

JERI BOE et al,

14

Defendant(s).

15

CASE NO. 3:21-cv-05129-TL-TLF

ORDER ADOPTING REPORT
& RECOMMENDATION

16

17     The Court, having reviewed the Report and Recommendation (Dkt. No. 54) of Judge

18  Theresa L. Fricke, United States Magistrate Judge, and the relevant record, and there being no

19  objection to the Report and Recommendation that was filed as of the date of this Order, does

20  hereby find and ORDER:

21        (1)     The Court ADOPTS the Report and Recommendation (Dkt. No. 54);

22        (2)     Plaintiff's motion for leave to amend his complaint (Dkt. 49) is DENIED without

23                prejudice; and

24

ORDER ADOPTING REPORT
& RECOMMENDATION - 1

(3)     Plaintiff is GRANTED **thirty (30) days** (**until July 21, 2022**), to file a corrected

motion for leave to amend his complaint. If Plaintiff does not file a motion for

leave to amend his complaint by this date, the Court will consider Plaintiff's

complaint at Docket No. 8 to be the operative complaint in the action.

Dated this 21ˢᵗ day of June 2022.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT
& RECOMMENDATION - 2