1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAY SULIN KEODARA,

                          Plaintiff(s),

       v.

JERI BOE et al,

                         Defendant(s).

CASE NO. 3:21-cv-05129-TL-TLF

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On September 15, 2022, the Honorable Theresa L. Fricke, U.S. Magistrate Judge, issued a Report and Recommendation (Dkt. No. 66) on Defendants' motion for summary judgment (Dkt. No. 60) and set 14 days from the service of the Report and Recommendation for the Parties to file written objections.

(2) Plaintiff moves for an extension of time to respond to the Report and Recommendation. Dkt. No. 67. Plaintiff is an incarcerated individual, and he requests

1  the extension on the basis of having limited and non-guaranteed access to the law

2  library and that, in fact, he was not able to go to the law library until September 22

3  (the date of the motion for extension) to file the motion to extend. *Id.* Plaintiff

4  requests a 30-day extension from the date of his motion. *Id.* Defendants have not

5  objected to the motion, though they have filed objections to the Report and

6  Recommendation (Dkt. No. 68).

7  (3) Accordingly, the Court finds good cause to ORDER as follows:

8  (a)  Plaintiff's motion to extend the time to file objections (Dkt. No. 67) is

9  GRANTED. The deadline by which Plaintiff must respond to the Report and

10  Recommendation is extended to **October 24, 2022**.

11  (b)  Defendants may respond to Plaintiff's objections to the Report and

12  Recommendation, if any, by **November 7, 2022**.

13  (c)  Plaintiff may also respond to Defendant's objections to the Report and

14  Recommendation (Dkt. No. 68) by **November 7, 2022**.

15  (d)  Pursuant to Local Civil Rule 72(b), no reply is permitted.

16  (e)  The Clerk is DIRECTED to re-note the Court's consideration of the Report

17  and Recommendation and any objections filed by the Parties to **November**

18  **8, 2022**.

19  Dated this 7th day of October 2022.

20

21  Ravi Subramanian
   Clerk of the Court

22  s/ Kadya Peter

23  Deputy Clerk

24