UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAY SULIN KEODARA,<br><br>  Plaintiff(s),<br><br>  v.<br><br>JERI BOE et al,<br><br>  Defendant(s). | CASE NO. 3:21-cv-05129-TL-TLF<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On September 15, 2022, the Honorable Theresa L. Fricke, United States Magistrate Judge, issued a Report and Recommendation ("R&R") on Defendants' motion for summary judgment. Dkt. No. 66. The Parties had 14 days from service of the R&R, or approximately September 30, to file objections to the R&R for this Court's consideration. *Id.* at 21. Defendants timely filed an objection to the R&R. Dkt. No. 68.

MINUTE ORDER - 1

(2) On September 22, Plaintiff, an incarcerated individual, moved for an extension of time to respond to the R&R. Dkt. No. 67. In a minute order, the Court granted Plaintiff's motion and reset the Parties' deadlines as follows: Plaintiff's objection to the R&R due on October 24; Defendants' response to Plaintiff's objection due on November 7; Plaintiff's response to Defendants' objection due on November 8. Dkt. No. 69.

(3) On October 23, Plaintiff filed a motion for another extension of time to object to the R&R and to respond to Defendants' objection to the R&R (the "Second Motion to Extend"). Dkt. No. 70. Plaintiff states that he was in administrative segregation for approximately eight days and generally did not have access to the law library from approximately October 5 to October 23. Dkt. No. 71 at 1. Plaintiff requests that both deadlines be reset for November 23. Dkt. No. 70.

(4) Defendants object, arguing that Plaintiff has been to the law library seven times since the R&R and that Plaintiff had opportunities to—but did not—attend the law library after he was removed from administrative segregation. Dkt. No. 72; Dkt. No. 73-1 at 2 (law library request and attendance sheet). Defendants argue that "[t]his case has been significantly delayed already." Dkt. No. 72.

(5) This Court requires motions for extensions of time to be filed at least three business days before the expiration of the deadline in question. *See* Judge Tana Lin, Standing Order for All Civil Cases § II.G (last updated Apr. 26, 2022), https://www.wawd.uscourts.gov/sites/wawd/files/LinStandingOrderreCivilCases_0.pdf. Local Civil Rule 7(j) of this District also provides that "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline" and that

MINUTE ORDER - 2

|   |   |   |
|---|---|---|
| 1 |   | "[p]arties . . . must comply with the existing deadline unless the court orders |
| 2 |   | otherwise." |
| 3 | (6) | Plaintiff filed his Second Motion to Extend only one day before his deadline to object to the R&R, which had already been extended by approximately three weeks. Plaintiff failed to file an objection to the R&R while his motion remained pending and the deadline for Plaintiff's objection remained October 24. The Court, therefore, would be justified in denying Plaintiff's Second Motion to Extend and finding that Plaintiff failed to timely object to the R&R. |
| 9 | (7) | However, in consideration of unexpected difficulties that Plaintiff experienced in accessing the law library, including his time in administrative segregation[1] and the number of times he appears to have requested access to the law library but was not able to due to a scheduling conflict (Dkt. No. 73-1 at 2), the Court will extend Plaintiff's time to object to the R&R and the Parties' time to respond to each other's objections. |
| 15 | (8) | Accordingly, the Court finds good cause to ORDER as follows: |
| 16 | (a) | Plaintiff's Second Motion to Extend (Dkt. No. 70) is GRANTED, with the below modifications to the parties' deadlines. |
| 18 | (b) | Plaintiff's objection to the R&R is extended to **November 23, 2022**. |
| 19 | (c) | Plaintiff's and Defendants' response to the opposing party's objection to the R&R, if any, is due **December 7, 2022**. |
| 21 | (d) | Pursuant to Local Civil Rule 72(b), no reply is permitted. |

---

[1] Based on disciplinary records, it appears that Plaintiff was found to have been the victim of an assault (which Plaintiff believes was due to a case of mistaken identity) and not guilty of the violation for which he was placed in segregation. Dkt. No. 71 at 4–5.

MINUTE ORDER - 3

(e) The Clerk is DIRECTED to re-note the Court's consideration of the R&R and any objections filed by the Parties to **December 7, 2022**.

(f) No further extensions of time to respond to the R&R or the adverse party's objection to the R&R will be granted absent extraordinary circumstances.

Dated this 8th day of November 2022.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk
